July 2, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

HERITAGE OPERATING, L.P., Appellant

NO. 14-14-00187-CV          V.

BARBER HILL INDEPENDENT SCHOOL DISTRICT; CHAMBERS COUNTY, AND THE CITY OF MONT BELVIEU, Appellees

_____

This cause, an appeal from the judgment in favor of appellee, Barber Hill Independent School District; Chambers County, and the City of Mont Belvieu, signed February 6, 2014, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, Heritage Operating, L.P., to pay all costs incurred in this appeal.

We further order this decision certified below for observance.